THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT GOELET, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, et al., Respondents. (No. 608 Fifth Ave., Block 1264, Lot 40, Manhattan, Tax Years 1940–41 and 1941–42.) (Appeal No. 4.) — Order, so-far as appealed from, affirmed, with twenty dollars costs and disbursements. See *People ex rel. Northchester Corp.* v. *Miller* (288 N. Y. 163; reargument denied 289 N. Y. 634). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and adopt and confirm the values found by the court at Special Term.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT GOELET et al., as Trustees under the Will of OGDEN GOELET, Deceased, et al., Appellants, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, et al., Respondents. (No. 15–25 Whitehall St., Block 10, Lot 23, Manhattan, Tax Year 1940–1941.) (Appeal No. 5.) — Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. See *People ex rel. Northchester Corp.* v. *Miller* (288 N. Y. 163; reargument denied 289 N. Y. 634). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and adopt and confirm the values found by the court at Special Term.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT GOELET et al., Appellants, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. (894–900 Broadway, Block 848, Lot 61, Manhattan, Tax Year 1938–1939.) (Appeal No. 6.) — Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. See *People ex rel. Northchester Corp.* v. *Miller* (288 N. Y. 163; reargument denied 289 N. Y. 634). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and adopt and confirm the values found by the court at Special Term.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT GOELET et al., as Trustees, et al., Appellants, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. (451–53 Fourth Ave., Block 886, Lot 5, Manhattan, Tax Years 1938–1939 and 1940–1941.) (Appeal No. 7.) — Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. See *People ex rel. Northchester Corp.* v. *Miller* (288 N. Y. 163; reargument denied 289 N. Y. 634). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and adopt and confirm the values found by the court at Special Term.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOWERY SAVINGS BANK, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (No. 214 West 42nd St. [Dixie Hotel], Block 1014, Lot 13, Manhattan, Tax Year 1941–1942.) (Appeal No. 8.) — Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. See *People ex rel. Northchester Corp.* v. *Miller* (288 N. Y. 163; reargument denied 289 N. Y. 634). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and adopt and confirm the values found by the court at Special Term.

CASIMIR KRANC, Appellant, v. SIMON M. CLEJA et al., Respondents, et al., Defendants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.